**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02417-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JUSTIN CANTERBURY,

      Applicant,

v.

[NO RESPONDENT NAMED],

      Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

      Applicant has submitted a document titled "Motion: Challenging Excessive Bail &
Prosecutorial Misconduct" in which he apparently seeks to challenge his current
confinement as a pretrial detainee in connection with a state court criminal case.
Because it appears that Applicant is in custody and may be seeking habeas corpus
relief, the instant action has been opened.  The court construes the instant habeas
corpus action as asserted pursuant to 28 U.S.C. § 2241.

      As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has
determined that the submitted document is deficient as described in this order.
Applicant will be directed to cure the following if he wishes to pursue any claims in this
court in this action.  Any papers that Applicant files in response to this order must
include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>xx</u>   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   <u>xx</u>   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   <u>xx</u>   other: <u>motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(10)   __   is not submitted
(11)   <u>xx</u>   is not on proper form (must use the court's current form)
(12)   __   is missing an original signature by the prisoner
(13)   __   is missing page nos. ___
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   names in caption do not match names in text
(16)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __   other: _____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED September 12, 2012, at Denver, Colorado.


BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge