IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02417-LTB

JUSTIN CANTERBURY,

    Applicant,

v.

FREMONT COUNTY JAIL SHERIFF JAMES BEICKER,

    Respondent.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 28, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 28 day of September, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/L. Gianelli
            Deputy Clerk